FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0615

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0615

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                    O R D E R

CARESSA JILL HARDY, a/k/a GLENN LEE
DIBLEY,

     Defendant and Appellant.

_____

Appellant has filed a Motion for Extension of Time within which to file the opening brief. Appellant has also filed a separate motion to file an overlength brief.

The Notice of Appeal was filed October 15, 2024. Pursuant to M. R. App. P. 9, the District Court has 40 days within which to file the record on appeal with the Clerk of the Supreme Court. Once the record has been filed the Clerk of the Supreme Court will send a notice of filing to the parties, and Appellant shall have 30 days from the date of the notice of filing within which to file the opening brief.

The District Court record has not yet been filed. Thus, Appellant's motion for extension to file the opening brief is premature.

IT IS ORDERED that the Motion for Extension of time is DENIED as premature.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 12 2024